REITA EGAN, BY HER NEXT FRIEND, ET AL., APPELLANTS, v. LOUIS GEORGE LEVAY, JR., RESPONDENT.

Argued October 20, 1939—Decided January 25, 1940.

For the appellants, *John E. Toolan.*

For the respondent, *John C. Stockel.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—The Chancellor, Trenchard, Case, Bodine, Heher, Perskie, Hetfield, Dear, Wells, Wolfskeil, Rafferty, Hague JJ. 12.

*For reversal*—None.